UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LILLIAN RANKINS,**<br>    Plaintiff | **CIVIL DOCKET** |
| **VERSUS** | **NO.  21-2317** |
| **SOUTHERN FIDELITY INSURANCE COMPANY,**<br>    Defendant | **SECTION: "E" (2)** |

### ORDER

Considering the Consent Order Appointing the Florida Department of Financial Services as Receiver of Southern Fidelity Insurance Company for Purposes of Liquidation, Injunction, and Notice of Automatic Stay;

**IT IS HEREBY ORDERED** that all proceedings in this matter are **STAYED** and **ADMINISTRATIVELY CLOSED** until the stay of proceedings against Southern Fidelity Insurance Company has been lifted. Any party may seek to reopen this matter, if necessary, by filing a written motion.

**New Orleans, Louisiana, this 21st day of December, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**